UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | | |
|---|---|---|---|
| PHILLIP E. CONNER, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 4:15-cv-01105-JAR |
| | ) | | |
| MEGAN J. BRENNAN, Postmaster General, | ) | | |
| RICHARD MCCLAIN, | ) | | |
| TAMARA JONES, | ) | | |
| NANETTE PAGE – SENNIE, | ) | | |
| DEBORAH GOLDSBY, and | ) | | |
| LARNELL OWENS | ) | | |
| | ) | | |
| Defendants. | ) | | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants Richard McClain, Tamara Jones, Nanette Page-Sennie, Deborah Goldsby, and Larnell Owens' Motion to Dismiss (Doc. 10). Defendants filed their Motion to Dismiss and Memorandum in Support on September 1, 2015. However, Plaintiff did not respond to Defendants' motion within the time contemplated by the local rules. In an order entered on October 5, 2015, the Court granted Plaintiff until October 16, 2015, to respond to Defendants' motion, and warned that failure to do so would result in the Court's ruling on Defendants' unopposed motion (Doc. 13). To date, the Court has not received any response from Plaintiff. Therefore, the Court rules on Defendants' unopposed motion to dismiss. For the following reasons, Defendants' motion will be **GRANTED.**

On July 16, 2015, Plaintiff Phillip E. Conner, *pro se*, filed an employment discrimination complaint based on Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, gender, or national

1

origin, and Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination on the basis of age against the Postmaster General, Megan J. Brennan, and five individually named employees of the United States Postal Service, Richard McClain, Tamara Jones, Nanette Page-Sennie, Deborah Goldsby and Larnell Owens. However, Title VII and the ADEA do not impose liability on individual supervisors or co-workers. *Lenhardt v. Basic Inst. of Tech., Inc.*, 55 F.3d 377, 381 (8th Cir. 1995); *Jackson v. Mills Properties*, No. 4:11CV419SNLJ, 2011 WL 3607920, at *4 (E.D. Mo. Aug. 12, 2011) ("It is well-established in this district and the Eighth Circuit, that there is no individual liability under Title VII and/or the ADEA."). "The Postmaster General is the only properly named defendant in an employment discrimination suit against the Postal Service." *Morgan v. U.S. Postal Serv.*, 798 F.2d 1162, 1165 n.3 (8th Cir. 1986).

Accordingly,

**IT IS HEREBY ORDERED** that Defendants Richard McClain, Tamara Jones, Nanette Page-Sennie, Deborah Goldsby, and Larnell Owens' Motion to Dismiss (Doc. 10) is **GRANTED.** The Clerk of Court shall terminate Defendants Richard McClain, Tamara Jones, Nanette Page-Sennie, Deborah Goldsby, and Larnell Owens from this case.

Dated this 12th day of November, 2015.

                                                **JOHN A. ROSS**
                                                **UNITED STATES DISTRICT JUDGE**